**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria  Division**

GEOFFREY S. BURKE,

Plaintiff,

v.

BMW of North America, LLC, *et al.*,

Defendants.

Case No. 1:19-cv-00386-LMB-IDD

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Geoffrey S. Burke hereby stipulates to the dismissal of all remaining Counts of the Amended Complaint, with prejudice, as to all Defendants in this matter.


   __*/s/ John Cole Gayle, Jr.*_____
John Cole Gayle, Jr. (Virginia Bar #18833)
THE CONSUMER LAW GROUP, P.C.
1508 Willow Lawn Drive, Suite 220
Richmond, Virginia 23230
Phone 804 282-7900
Facsimile 804 673-0316
jgayle@theconsumerlawgroup.com

Thomas C. Junker, Esq. (Virginia Bar #29928)
FISKE LAW GROUP, PLLC
100 N. Pitt Street, Suite 206
Alexandria, Virginia 22314
Phone (703) 518-9910
Facsimile (703) 518-9931
tjunker@fiskelawgroup.com

*Counsel for Plaintiff Geoffrey S. Burke*

_/s/ Anthony M. Conti_

Anthony M. Conti (Virginia Bar #76371)

CONTI FENN PLLC

36 South Charles Street, Suite 2501

Baltimore, Maryland 21201

Phone (410) 837-6999

Facsimile (410) 510-1647

tony@contifenn.com

*Counsel for Defendant BMW of North America, LLC*

_/s/ Matthew R. Schroll_

Matthew R. Schroll (Virginia Bar #79732)

NELSON MULLINS RILEY & SCARBOROUGH LLP

100 South Charles Street, Suite 1600

Baltimore, Maryland 21201

Phone (443) 392-9400

Facsimile (443) 392-9499

matt.schroll@nelsonmullins.com

*Counsel for Defendant BMW Manufacturing Co., LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of January, 2020, a copy of the foregoing Stipulation of Dismissal with Prejudice was served via the Court's electronic filing system on all counsel and parties of record.

   */s/ Anthony M. Conti*
Anthony M. Conti (Virginia Bar #76371)
CONTI FENN PLLC
36 South Charles Street, Suite 2501
Baltimore, Maryland 21201
Phone (410) 837-6999
Facsimile (410) 510-1647
tony@contifenn.com

Counsel for BMW of North America, LLC