IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| GEOFFREY S. BURKE,<br><br>Plaintiff,<br><br>v.<br><br>BMW of North America, LLC, *et al.*,<br><br>Defendants. | Case No. 1:19-cv-00386-LMB-IDD |

## DISMISSAL ORDER

This day came the Plaintiff to this action, by counsel, and stipulated to the dismissal of all remaining Counts of the Amended Complaint, with prejudice, as to Defendants BMW of North America, LLC and BMW Manufacturing Co., LLC.

It is accordingly ADJUDGED and ORDERED that all remaining Counts of the Amended Complaint as against Defendants BMW of North America, LLC and BMW Manufacturing Co., LLC be, and hereby are, dismissed with prejudice.

Entered this 17 day of January, 2020.

/s/ *[signature]*
Leonie M. Brinkema
United States District Judge